AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>EDY MORALES AGUILAR<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  3:25-mj-00085<br>)<br>)<br>)<br>) |

**FILED**
DEC 19 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __12/16/25__ in the county of __Putnam__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Attempt to injure government property in an amount less than $1,000 (misdemeanor) |

This criminal complaint is based on these facts:

On or about December 16, 2025, officers with Immigration and Customs Enforcement - Enforcement and Removal Operations ("ERO") encountered defendant EDY MORALES AGUILAR at a Sheetz convenience store at or near Poca, Putnam County, West Virginia, within the Southern District of West Virginia. The encounter was initially consensual. Defendant EDY MORALES AGUILAR voluntarily spoke with Deportation Officer ("DO") R. Nichols, and defendant EDY MORALES AGUILAR handed DO R. Nichols a Honduras ID card bearing defendant EDY MORALES AGUILAR's personal information. Defendant EDY MORALES AGUILAR told DO R. Nichols that he did not have legal authorization to work in the United States. Further, defendant EDY MORALES AGUILAR indicated to DO R. Nichols that he illegally entered the United States. Upon being advised that he was under arrest, defendant EDY MORALES AGUILAR became non-compliant and began resisting arrest. DO R. Nichols and other officers had difficulty handcuffing defendant EDY MORALES AGUILAR and placing him in their government vehicle. Once inside the backseat area of the government vehicle, defendant EDY MORALES AGUILAR began violently kicking the door and window of the government vehicle, bending the door-frame in the process. This information was relayed to me through DO R. Nichols, and I have personally reviewed photos taken of the government vehicle after the incident. I allege that defendant EDY MORALES AGUILAR willfully attempted to injure United States government property to cause damage not to exceed $1,000, in violation of 18 U.S.C. § 1361.

☐ Continued on the attached sheet.

TERRANCE L TAYLOR
Digitally signed by TERRANCE L TAYLOR
Date: 2025.12.18 21:07:39 -05'00'

*Complainant's signature*

Terrance L. Taylor, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __12/19/2025__

*Judge's signature*

City and state: __Charleston, West Virginia__   Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*